# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JUANITA GARZA,

*Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

*Defendant*

Civil Action No. 1:15-CV-03188-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment is GRANTED, in part.
Defendant's Motion for Summary Judgment is DENIED.
The matter is REMANDED to the Commissioner for additional proceedings consistent with the Order filed 11/03/2016 (ECF 18).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rodgers on motions for summary judgment.

Date: November 3, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard